**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

PIERCE E. WEISLER,

        Plaintiff,                No.  12-CV-79 MV/CG

      v.

COMMUNITY HEALTH SYSTEMS PROFESSIONAL
SERVICES CORPORATION, a Delaware corporation, and
LEA REGIONAL HOSPITAL, LLC, a New Mexico
Corporation, d/b/a, LEA REGIONAL MEDICAL
CENTER,

        Defendants.

**ORDER GRANTING DEFENDANT COMMUNITY HEALTH SYSTEMS**
**PROFESSIONAL SERVICES CORPORATION'S MOTION FOR PROTECTIVE**
**ORDER [DOC 108, FILED 10/29/12] AND AWARDING OF COSTS**

**THIS MATTER** having come before the Court on Defendant Community Health

Systems Professional Services Corporation's ("CHSPSC") Motion for Protective Order

[Doc. 108, filed 10/29/12] asking the Court to preclude the depositions of William

Hussey, Martin Schweinhart and Rachel Seifert and the Court having considered such

Motion; the Response of the Plaintiff [Doc. 126, filed 11/12/12]; the Reply of CHSPSC

[Doc. 127, filed 11/13/12] and heard arguments of counsel and being otherwise fully

advised in the premises finds that the CHSPSC's Motion to preclude the depositions of

William Hussey, Martin Schweinhart and Rachel Seifert [Doc. 108] is well taken and

should be granted.

The Court, on its own Motion, further finds that CHSPSC is entitled to all costs

and attorney's fees incurred in the preparation of the Motion for Protective Order [Doc.

108]; filing the same; attendance at the hearing in Las Cruces, New Mexico; and travel

expenses from Albuquerque, New Mexico to Las Cruces, New Mexico, said costs to be paid to CHSPSC corporation by the Plaintiff. **NOW THEREFORE,**

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendant Community Health Systems Professional Services Corporation's Motion for Protective Order precluding the depositions of William Hussey, Martin Schweinhart and Rachel Seifert is hereby granted that those witness are relieved of any obligation to attend any such scheduled depositions.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Plaintiff reimburse Defendant Community Health Systems Professional Services Corporation for all costs and attorney's fees incurred for the preparation, filing, travel and argument of counsel for the Motion for Protective Order [Doc. 108].

_____
HONORBALE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE