## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**PIERCE E. WEISLER,**

      **Plaintiff,**

**v.**                                                                                  **No. 12-cv-0079 MV/CG**

**LEA REGIONAL HOSPITAL, LLC, d/b/a,**
**LEA REGIONAL MEDICAL CENTER,**

      **Defendant.**

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:        May 1, 2013, at 9:00 a.m.

**Matter to be heard**:  Scheduling of a settlement conference

      **IT IS ORDERED, ADJUDGED, AND DECREED** that a telephonic status conference

is hereby set for May 1, 2013, at 9:00 a.m.  Counsel shall call Judge Vidmar's "Meet Me" line at

**(505) 348-2357** to connect to the proceedings.[1]  Parties shall confer with Judge Vidmar to choose

a date on which to conduct a settlement conference.  Parties are reminded to have their calendars

available for the hearing.

      **IT IS SO ORDERED.**

_____

**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The Court's "Meet Me" line accommodates no more than five incoming telephone lines at one time.  Therefore, counsel should coordinate among themselves *prior to the status conference* to ensure that they utilize no more than five incoming lines to connect to the proceedings.